[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11435
Non-Argument Calendar

_____

D.C. Docket No. 4:18-cr-00031-WTM-CLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COREY WILSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(April 19, 2021)

Before WILLIAM PRYOR, Chief Judge, ROSENBAUM and LAGOA, Circuit Judges.

PER CURIAM:

Wheeler Hamilton Bryant, appointed counsel for Corey Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilson's conviction and sentence are **AFFIRMED**.